UNITED STATES v. THACKER.

No. 6035.

Circuit Court of Appeals, Fifth Circuit.

Nov. 22, 1930.

H. M. Holden, U. S. Atty., and D. W. McGregor, Asst. U. S. Atty., both of Houston, Tex., and Chas. R. Guinn, Regional Atty. U. S. Veterans' Bureau, of San Antonio, Tex., for the United States.

Y. D. Mathes, of Houston, Tex. (S. H. German and Baker, Botts, Parker & Garwood, all of Houston, Tex., on the brief), for appellee.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

Appellant failed to file in this court the record or assignment of errors within the time allowed by our rules 11 and 16, or to apply to a judge of this court for an extension of time. On motion of appellee, the appeal is dismissed.